IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01968-STV

CARA FUNK

                Plaintiff,

v.

NEVADA 512, LLC

                Defendant

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby files this notice of voluntary dismissal in accordance with FRCP Rule 41(a)(1)(A)(i).

The issues between the parties and the case in controversy have been resolved.

DATED: September 26, 2022

Respectfully submitted,

LAW OFFICES OF R. BRUCE THARPE
PO Box 101
Olmito, Texas 78575
(956) 255-5111
(866) 599-2596 - Fax

BY: ***/S/   R. Bruce Tharpe***
R. Bruce Tharpe
Texas State Bar ID No. 19823800
Colorado State Bar ID No. 54500
Federal Bar ID 13098
PLAINTIFF'S COUNSEL

### CERTIFICATE OF SERVICE

I, R. BRUCE THARPE, do hereby certify that on September 26, 2022, this notice was served on all parties of record via the COD_USDC electronic case filing system. A copy of this notice was also mailed to Defendant, who has not yet made an appearance in this case.

 ***/S/   R. Bruce Tharpe***
R. BRUCE THARPE,
ATTORNEY OF RECORD FOR
PLAINTIFF CARA FUNK

1